UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY D. WRIGHT, SR.,

    Plaintiff,

v.

MGM GRAND DETROIT CASINO, et al.,

    Defendants.
                                                  /

Case No. 12-cv-10503

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION** (docket no. 16)
**AND GRANTING DEFENDANTS' MOTIONS TO DISMISS** (docket nos. 9 & 10)

    This matter is before the Court on Defendants' motions to dismiss. ECF Nos. 9 & 10. The Court referred the motions to a magistrate judge, who issued a Report and Recommendation recommending that the Court dismiss Plaintiff's complaint in its entirety because it is both moot and duplicative of other previously filed cases.

    Copies of the Report were served upon the parties on December 21, 2012. Pursuant to Civil Rule 72(b)(2), each party had fourteen days from that date in which to file any specific written objections to the recommended disposition. Neither party has filed any objections, therefore de novo review of the magistrate judge's findings is not required. *See* Fed. R. Civ. P. 72(b)(3) (requiring de novo review by a district judge only for "any part of the magistrate judge's disposition that has been properly objected to")*.*

    Having reviewed the file and the Report and Recommendation, the Court finds that the magistrate judge's analysis is proper. Accordingly, the Court adopts the findings and conclusions contained in the Report, and will enter an appropriate judgment.

**WHEREFORE** it is hereby **ORDERED** that the Report and Recommendation (docket no. 16) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (docket nos. 9 & 10) are **GRANTED**.

**SO ORDERED**.

                                                s/Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: January 22, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 22, 2013, by electronic and/or ordinary mail.

                                                Carol Cohron
                                                Case Manager